1  BENJAMIN B. WAGNER
   United States Attorney
2  Katherine A. Plante
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-00036-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING TO APRIL 8, 2016 AT 1:30 P.M. |
| v. | |
| GINNY R. BURNS, | COURT: Hon. Erica P. Grosjean |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Benjamin B. Wagner, United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, and defendant, Ginny R. Burns, and her counsel, Peggy Sasso, hereby stipulate as follows:

1. This matter was set for a preliminary hearing on April 1, 2016.

2. By this stipulation, the parties now move to continue the preliminary hearing until April 8, 2016 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: March 31, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ *Katherine A. Plante*
                                         Katherine A. Plante
                                         Assistant United States Attorney

STIPULATION TO CONTINUE PRELIMINARY         1
HEARING TO APRIL 8, 2016

Dated:  March 31, 2016                         /s/ *Peggy Sasso*
                                               PEGGY SASSO
                                               Defendant's Attorney

## ORDER

For good cause appearing, this Court continues the preliminary hearing scheduled for April 1, 2016 to April 8, 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  **March 31, 2016**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE PRELIMINARY
HEARING TO APRIL 8, 2016

2