1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    PEGGY SASSO, #228906
     JANET BATEMAN, #241210
3    Assistant Federal Defenders
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5
     Attorneys for Defendant
6    GINNY R. BURNS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No.  1:16-CR-00052 SAB
                                        )
12                  Plaintiff,          )   **STIPULATION TO CONTINUE STATUS**
                                        )   **CONFERENCE; ORDER**
13   vs.                                )
                                        )
14   GINNY R. BURNS,                    )   Date:   April 14, 2016
                                        )   Time:   10:30 a.m.
15                  Defendant.          )   Judge: Hon. Erica P. Grosjean
                                        )
16   _____       )

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18   respective attorneys of record, that the status conference currently set for April 12, 2016, may be

19   vacated and continued to **Thursday, April 14, 2016 at 10:30 a.m.** before the Honorable Eric P.

20   Grosjean.

21        The parties agree that the delay resulting from the continuance shall be excluded in the

22   interests of justice, including but not limited to, the need for the period of time set forth herein

23   for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

24   and (iv).

25   //

26   //

27   //

28   //

     Burns: Stipulation Continuing          -1-
         Status Conference

Dated:  April 11, 2016

                              BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Katherin A. Plante
                               KATHERINE A. PLANTE
                              Assistant United States Attorney
                              Attorney for Plaintiff

Dated:  April 11, 2016

                              HEATHER E. WILLIAMS
                              Federal Defender



                              /s/ Peggy Sasso
                              PEGGY SASSO
                              JANET BATEMAN
                              Assistant Federal Defenders
                              Attorneys for Defendant
                              GINNY R. BURNS



                              **O R D E R**

IT IS SO ORDERED.


     Dated:  **April 11, 2016**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE