FILED
APR 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     vs.                        )<br>                                )<br> GINNY R. BURNS,                )<br>                                )<br>          Defendant.            )<br>                                ) | No. 1:16-CR-00052 SAB<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on April 14, 2016, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 4/14/16                           _____
                                         ERICA P. GROSJEAN
                                         UNITED STATES MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1